# United States District Court

EASTERN DISTRICT OF MISSOURI    JUL - 2 2009

UNITED STATES OF AMERICA

V.

ANTONIO ADAMS

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

**CRIMINAL COMPLAINT**

CASE NUMBER:  4:09 MJ 6206 TCM

I, Mike Christian, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about June 11 and June 19, 2009, in the County of St. Louis, in the Eastern District of Missouri, ANTONIO ADAMS did, acting with others, rob a federally insured institution in violation of Title 18, United States Code, Section 2113(a) and (d).

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and that this complaint is based on the attached Affidavit.

**Continued on the attached sheet and made a part hereof.**    **X** Yes    No_ No

Sworn to before me, and subscribed in my presence

Signature of Complainant
Mike Christian
Special Agent
FBI

July 2, 2009
Date

at    St. Louis, Missouri
City and State

Signature of Judicial Officer

Thomas C. Mummert
United States Magistrate Judge
Name and Title of Judicial Officer